JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS WALTER STARTUP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.; QUALITY LOAN SERVICE CORP.; WELLS FARGO BANK, N.A.; EMC MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, AKA "MERS" AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | CASE NO.  SAC-14-1032-JLS (DFMX)<br><br><br><br>**JUDGMENT** |

Defendants JPMorgan Chase Bank, N.A., ("Chase"), EMC Mortgage LLC ("EMC"), formerly known as EMC Mortgage Corporation, Wells Fargo Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR3 Mortgage Pass-Through Certificates, Series 2007-AR3 ("Wells Fargo"), erroneously sued as two separate entities, Wells Fargo Bank, N.A. and Structured Asset Mortgage Investments II Inc., and Mortgage Electronic

1  Registration Systems, Inc. ("MERS" and collectively "Defendants"), erroneously
2  sued as Mortgage Electronic Registration System, Inc. AKA "MERS" moved to
3  dismiss the Complaint of plaintiff Francis Walter Startup ("Plaintiff"). (Doc. 8.) By
4  virtue of an order dated October 9, 2014 (Doc. 33), and for the reasons set forth
5  therein, this Court granted Defendants' Motion to Dismiss in its entirety with
6  prejudice with the exception of Wells Fargo in connection with whom the Motion to
7  Dismiss was granted with leave to amend.

Subsequently, Wells Fargo[1] moved to dismiss the entire Amended Complaint ("FAC") of Plaintiff. (Doc. 42.) By virtue of an order dated January 28, 2015 (Doc. 45), this Court granted Wells Fargo's Motion to Dismiss in its entirety with prejudice for the reasons set forth therein.

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Plaintiff's Complaint is dismissed with prejudice as to defendants Chase, EMC and MERS;

2. Plaintiff's FAC is dismissed with prejudice as to Wells Fargo;

3. Judgment is entered in favor of Defendants and against Plaintiff, and Defendants are awarded costs.

DATED: February 9, 2105

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE